# Exhibit 2

## Becky Brennan

| | |
|---|---|
| **From:** | Hooper, Susan B <Susan.Hooper@boem.gov> |
| **Sent:** | Wednesday, December 07, 2011 9:06 AM |
| **To:** | Becky Brennan |
| **Subject:** | FW: West Delta 29 - Designation of Operator Forms approved in April, 2011 |

Becky,

Did you get the below email?  Have you had a chance to check into the three (3) tracts that I referenced?  Are you waiting on me for anything?

*Susan B. Hooper*
Land Law Examiner
Bureau of Ocean Energy Management
Adjudication Section
(504) 736-5742

---

**From:** Hooper, Susan B
**Sent:** Thursday, December 01, 2011 11:20 AM
**To:** 'Becky Brennan'
**Subject:** RE: West Delta 29 - Designation of Operator Forms approved in April, 2011

Becky,

I think our records are messed up on this block.  Debbie recently worked on a project getting copies of the assignments out on Public Information.  When she did that, she made three (3) tracts "current" that were "historical" before.  I just send Debbie Armond an email asking her to clarify ownership of three (3) tracts, being SE/4SW/4SW/4, SW/4NW/4SE/4 and SE/4NE/4SW/4.  It appears that we show that Chevron U.S.A. Inc. is the owner of the last two tracts.  We also show that Anglo-Suisse still has ownership of a tract; I believe this was the tract that W&T exercised a pref right on??  You may want to hold off a couple of days to see if Debbie can straighten out the records.  It was my understanding that EPL and W&T were the only lessees/operators in this lease.

As per our conversation of Tuesday, I thought you were going to designate yourself for the entire block.  If that's the case, you're DOO along with DOOs from any other lessees (designating EPL) will wipe out any other operators.  Then you (and other affected lessees) will need to designate W&T and/or other operators for what they operate, where applicable.  If there are any other lessees in the lease, they would also have to designate accordingly.

This is very confusing.  It may be easier to discuss this over the telephone.

*Susan B. Hooper*
Land Law Examiner
Bureau of Ocean Energy Management
Adjudication Section
(504) 736-5742

---

**From:** Becky Brennan [mailto:bbrennan@eplweb.com]
**Sent:** Wednesday, November 30, 2011 1:06 PM
**To:** Hooper, Susan B
**Subject:** RE: West Delta 29 - Designation of Operator Forms approved in April, 2011

How are we going to be re-designated as the operator of the SE/4 SE/4 NW/4?

1

Becky
(504) 799-4851

---

**From:** Hooper, Susan B [mailto:Susan.Hooper@boem.gov]
**Sent:** Tuesday, November 29, 2011 6:06 PM
**To:** Becky Brennan
**Cc:** Sheri Merrell
**Subject:** RE: West Delta 29 - Designation of Operator Forms approved in April, 2011

Becky,

According to our records, W&T does own 100% OR in the NW/4NE/4SW/4 from surface to 9,140' MD (currently W&T operates 7148 – 8373 TVD).  Our records do not reflect that they own in the SE/4SE/4NW/4 of the block.  They can't designate for something they don't own in.  EPL can designate W&T as operator even if they don't own.

Let me know if you have any other questions.

Thanks,

*Susan B. Hooper*
Land Law Examiner
Bureau of Ocean Energy Management
Adjudication Section
(504) 736-5742

---

**From:** Becky Brennan [mailto:bbrennan@eplweb.com]
**Sent:** Tuesday, November 29, 2011 3:21 PM
**To:** Hooper, Susan B
**Cc:** Sheri Merrell
**Subject:** RE: West Delta 29 - Designation of Operator Forms approved in April, 2011

OK, so I am going to see if W&T will re-designate EPL as operator of the NW/4 NE/4 SW/4 of Block 29, West Delta Area from 7148 to 8373' TVD; and the SE/4 SE/4 NW/4 of Block 29, West Delta Area from 8189 to 8885' TVD.  But, my questions now is … Since they don't even own in  interest in those aliquots "How can they Designate us Operator"?

Becky
(504) 799-4851

---

**From:** Hooper, Susan B [mailto:Susan.Hooper@boem.gov]
**Sent:** Tuesday, November 29, 2011 3:00 PM
**To:** Becky Brennan
**Subject:** FW: West Delta 29 - Designation of Operator Forms approved in April, 2011

Becky,

Here's the email chain of events.  Let me know if you have questions.

Thanks,

*Susan B. Hooper*
Land Law Examiner
Bureau of Ocean Energy Management
Adjudication Section
(504) 736-5742

2

**From:** Hooper, Susan B
**Sent:** Thursday, October 27, 2011 10:14 AM
**To:** 'Julie Hester'
**Subject:** FW: West Delta 29 - Designation of Operator Forms approved in April, 2011

Julie,

See below for BOEM's response.

Thanks,

*Susan B. Hooper*
Land Law Examiner
Bureau of Ocean Energy Management
Adjudication Section
(504) 736-5742

---

**From:** Glazner, Ann
**Sent:** Tuesday, October 11, 2011 12:13 PM
**To:** Hooper, Susan B
**Cc:** Thibodeaux, Gene
**Subject:** RE: West Delta 29 - Designation of Operator Forms approved in April, 2011

They will need to submit new DOOs and another service fee.

*Ann H. Glazner*
Supervisor, Adjudication Unit
Bureau of Ocean Energy Management
1201 Elmwood Park Blvd. (MS 5421)
New Orleans, LA 70123
(504) 736-2436

This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

---

**From:** Hooper, Susan B
**Sent:** Tuesday, October 11, 2011 8:27 AM
**To:** Glazner, Ann
**Cc:** Thibodeaux, Gene
**Subject:** FW: West Delta 29 - Designation of Operator Forms approved in April, 2011

Ann,

Please see below and advise if there is anything that we can do to "back-out" the DOOs in question. W&T was originally advised that the DOOs would not be entered due to cross over well problems. Then, when the ruling changed, they were entered and it changed their records and caused a problem. Within a day or so of input, we noticed the problem and offered to back out the DOOs. However, that has been at least two months since the DOOs were input. I think they should have to submit new DOOs to correct the problem.

3

Please advise how you want to handle.

*Susan B. Hooper*
Land Law Examiner
Bureau of Ocean Energy Management
Adjudication Section
(504) 736-5742

---

**From:** Julie Hester [mailto:jhester@wtoffshore.com]
**Sent:** Monday, October 10, 2011 10:43 AM
**To:** Hooper, Susan B
**Cc:** Valerie Land
**Subject:** West Delta 29 - Designation of Operator Forms approved in April, 2011

Pursuant to your conversation on August 2, 2011 with Valerie Land, Regulatory Supervisor at W&T Offshore, Inc., and to enable W&T to electronically file required reports on several recent operations in the West Delta 29 area, W&T respectfully requests BOEM remove or "back out" the April 21, 2011 Designation of Operator (DOO) files approving W&T as Operator for the NW/4NE/4SW/4 of Block 29, West Delta Area from 7148' to 8373 ' TVD and the SE/4SE/4NW/4 of Block 29, West Delta area from 8189' to 8885'TVD as shown on the BOEM Official Serial Page for this lease. (page 8 attached).

Please let me know when the records are changed and W&T will then access the BOEM system to make the required filings for the recent operations.

Thank you very much in helping us with this issue, if you need additional information, please let me know.

Regards,

Julie

Julie S. Hester
Senior Staff  Landman - GOM East Region
W&T Offshore, Incorporated
713.624.7302 (office)
832.247.6842 (cell)

4