# Exhibit 3

| | |
|---|---|
| **From:** | Becky Brennan |
| **To:** | Sheri Merrell |
| **Cc:** | Valerie Land |
| **Subject:** | RE: FW: WD29 |
| **Date:** | Monday, September 22, 2014 1:27:43 PM |

The BOEM had lost some DOO'S relative to WD 29.  They still had some aliquots in the name of Chevron Inc.  Jim Laree with Chevron has provided copies of said DOO's to the BOEM.  Debbie Armond with BOEM has said now that she has those DOO's we will need to prepare a Stipulation of Interest between W&T & EPL to put all of WD 29 into EPL.  Debbie was to call Jamie Vasquez with W&T to have them prepare the Stipulation.  I do not know the outcome of that.  Let me know if you have any questions.

**Becky**

(504) 535-2759

**From:** Sheri Merrell
**Sent:** Monday, September 22, 2014 11:08 AM
**To:** Becky Brennan
**Cc:** 'Valerie Land'
**Subject:** FW: FW: WD29

Becky, can you give me a quick run-down on how to explain this to the IT guy at BSEE.  Valerie suggested I try to see if he will put it in EPL's name until we can get it resolved.

**Sheri Merrell**
**Sr. Regulatory Advisor**

(504) 535-2762

Please note that effective August 1, 2014, my new phone number is 504-535-2762.

**From:** Becky Brennan
**Sent:** Thursday, September 18, 2014 9:51 AM
**To:** Sheri Merrell; Glazner, Ann
**Cc:** Tory (Kent) Randall
**Subject:** RE: FW: WD29

I talked Debbie Armond on Monday.  Sorry I forgot to tell you.  She is calling W&T & they are going to prepare a Stipulation of Interest to correct the title.  This will take a while.  Were you able to get with W&T to help with the permitting?

**Becky**

(504) 535-2759

**From:** Sheri Merrell
**Sent:** Thursday, September 18, 2014 9:49 AM
**To:** Becky Brennan; Glazner, Ann
**Cc:** Tory (Kent) Randall
**Subject:** RE: FW: WD29

Any luck on this?

**Sheri Merrell**
**Sr. Regulatory Advisor**

(504) 535-2762

Please note that effective August 1, 2014, my new phone number is 504-535-2762.

---

**From:** Becky Brennan
**Sent:** Monday, September 15, 2014 12:25 PM
**To:** Glazner, Ann
**Cc:** Sheri Merrell; Tory (Kent) Randall
**Subject:** RE: FW: WD29

Ann,

Thanks so much for the update.  I appreciate your help.

**Becky**
(504) 535-2759

**From:** Glazner, Ann [mailto:ann.glazner@boem.gov]
**Sent:** Monday, September 15, 2014 12:23 PM
**To:** Becky Brennan
**Cc:** Sheri Merrell; Tory (Kent) Randall
**Subject:** Fwd: FW: WD29

Hi Becky,

I apologize that the problems with the operating rights for OCS 0385 are affecting your permit and production.  Debbie Armond is working to correct the operating rights so the pending assignments and any related DOOs can be processed; hopefully leading to resolution for your permitting and production issues.  I will ask Debbie for an update on the corrections and will provide same to you as soon as I receive the status.

Best regards,

Ann H. Glazner
Deputy Regional Supervisor

Office of Leasing and Plans
Bureau of Ocean Energy Management
(504) 736-2607


---------- Forwarded message ----------
From: **Lae, Johanna** <johanna.lae@boem.gov>
Date: Mon, Sep 15, 2014 at 7:07 AM
Subject: Fwd: FW: WD29
To: Ann Glazner <ann.glazner@boem.gov>

I received this when I was out.  Please advise how to respond to Becky Brennan at EPL.

Thanks -


*Johanna Lae*
Land Law Examiner, Adjudication Section
Office of Leasing and Plans
(504) 736-2935

---------- Forwarded message ----------
From: **Becky Brennan** <bbrennan@energyxxi.com>
Date: Thu, Sep 11, 2014 at 9:50 AM
Subject: FW: WD29
To: "Lae, Johanna" <johanna.lae@boem.gov>
Cc: Sheri Merrell <smerrell@energyxxi.com>

Johanna,

I just left you a message.  Of course I need your help.  We have been fighting with the WD 29 OCS 0385 Operating Rights Interest for years.  Gene Thibodeaux has informed us that the matter has been transferred to another examiner.  Is there any way you can tell me who it was assigned to and give me their contact information?  We need to permit some operations and cannot because the tract is still in W&T's name.  We have combined some information with Chevron that would have cleared up the title issues.  Your help is greatly appreciated.  Have a wonderful weekend.

Kisses,
Becky

**Becky**
(504) 535-2759

---

**From:** Sheri Merrell
**Sent:** Thursday, September 11, 2014 9:44 AM
**To:** Becky Brennan
**Subject:** FW: WD29

Can you call ANYONE and see if we can get any info!  It's seriously messing up my permit and production.

**Sheri Merrell**
**Sr. Regulatory Advisor**

(504) 535-2762

Please note that effective August 1, 2014, my new phone number is 504-535-2762.


**From:** Thibodeaux, Gene [mailto:gene.thibodeaux@boem.gov]
**Sent:** Wednesday, September 10, 2014 2:30 PM
**To:** Sheri Merrell
**Subject:** Re: WD29

The matter has been transferred to another examiner for review.  I shall forward your email to this person and see if they are in a position to respond better than I can at this time.

On Wed, Sep 10, 2014 at 2:25 PM, Sheri Merrell <smerrell@energyxxi.com> wrote:
Hi Gene, a quick check on the progress of cleaning up this WD 29 issue?

**Sheri Merrell**
Sr. Regulatory Advisor
Tel: (504) 535-2762

**Effective August 1, 2014, my new telephone number is 504-535-2762.**