# Exhibit 4



# United States Department of the Interior
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply To:  GE 1078A                                                July 8, 2024

Ms. Chris Reed                              Mr. Joe Gordon/Ms. Erin Englert
Anglo-Suisse Offshore Partners, LLC         Chevron U.S.A. Inc.
919 Milam Street, Suite 2300                100 Northpark Boulevard
Houston, Texas 77002                        Covington, Louisiana 70433
713-358-9703                                JoeGordon@chevron.com
creed@camstex.com                           erin.Englert@chevron.com

Ms. Valerie Land
W&T Offshore, Inc.
9 Greenway Plaza, Suite 300
Houston, Texas 77046
vland@wtoffshore.com

**Subject:        Decommissioning Order for Lease OCS 00385**

Dear Mses. and Messrs.:

This letter is to notify all recipients that, EPL Oil & Gas, LLC (MLCJR LLC) were the only lessee(s) and operating rights holder(s) on Lease OCS 00385, West Delta Block 29 (WD 29) at the time of lease relinquishment have failed to comply with their obligation to timely decommission all infrastructure on this lease. Pursuant to 30 CFR part 250, Subpart Q and the lease agreement, infrastructure on relinquished leases must be decommissioned within one year after the lease relinquishment date.

Lease OCS 00385 was relinquished on March 15, 2024; therefore, decommissioning was required to be completed by March 15, 2025. On June 27, 2024, MLCJR LLC submitted to BSEE a letter stating that it would not be completing the required decommissioning for this lease. Accordingly, MLCJR LLC, the only lessee and/or operating rights holder at the time of Lease relinquishment, has defaulted on its decommissioning obligations for this Lease.

As a predecessor lessee or predecessor holder of operating rights for the Lease, you are responsible for decommissioning all wells, pipelines, platforms, other facilities, and obstructions for which you have accrued decommissioning obligations under 30 CFR 250.1702 (see enclosure identifying all responsibilities).

Therefore, pursuant to 30 CFR 250.146, 250.1701, 250.1702, 250.1703, 250.1704, 250.1708, 250.1710, 250.1725(a), 550.147, 556.604(d), 556.710, 556.805, and the lease agreement, the recipients of this letter must:

2

1. Within 30 days from the date you receive this order, begin maintenance and monitoring on all ordered infrastructure in accordance with applicable requirements including, but not limited to, testing safety valves and sensors, draining vessels, and performing pollution inspections until decommissioning is complete. Please inform the District office of the entity that will be performing this work by completing the TIMS Web submittal "30 Day Identification of Single Entity for M&M per 30 CFR 250.1708(a)(1)" through BSEE's Technical Information Management System (https://timsweb.bsee.gov) under the District Notices and Requests portal (30 CFR 250.1708(a)(1));

2. Within 90 days from the date you receive this order, identify to BSEE the single entity that will serve as operator or agent for decommissioning operations by completing the TIMS Web submittal "90 Day Notification 30 CFR 250.1708(a)(2)" through BSEE's Technical Information Management System (https://timsweb.bsee.gov) under the Decommissioning Support Requests and Reports (30 CFR 250.1708(a)(2));

3. Within 150 days from the date you receive this order, through the entity identified in item No. 2 above, submit a decommissioning plan to BSEE's Decommissioning Support Section that includes the scope of work and a reasonable decommissioning schedule (including proposed deadlines) for all wells, platforms and other facilities, pipelines, and site clearance, as identified in this order. Please complete this action through the TIMS Web submittal "150 Day Decommissioning Plan 30 CFR 250.1708(a)(3)" through BSEE's Technical Information Management System (https://timsweb.bsee.gov) under the Decommissioning Support Requests and Reports (30 CFR 250.1708(a)(3)).

Additionally, you must submit quarterly progress reports to BSEE's Decommissioning Support Section until the work is completed. If you plan to submit your Quarterly Progress Reports electronically, you may submit them through the BSEE Technical Information Management System (https://timsweb.bsee.gov).

To facilitate compliance with this order, BSEE further expects the entity identified through item No. 2 above to coordinate directly with the following departments as necessary:

- Office of Safety Management:  Contact Mr. Jason Mathews, Chief, at (504) 731-1496 or jason.mathews@bsee.gov to discuss Safety and Environmental Management Systems (SEMS) coverage and to identify the SEMS plan that will cover your activities on the remaining wells and facilities;
- Oil Spill Preparedness Division:  Contact Ms. Sara Moore, Supervisor, at (504) 731-1444 or sara.moore@bsee.gov to discuss spill preparedness and response requirements applicable to your activities on the remaining wells and facilities;
- Office of Regional Director:  Contact Ms. Casey Kavanaugh, Technical Advisor, at (504) 736-2701 or casey.kavanaugh@bsee.gov to discuss requirements for permitting the plugging and abandonment of wells and to identify who may submit permit applications;

3

- Pipeline Section:  Contact Ms. Angie Gobert, Chief, at (504) 736-2876 or angie.gobert@bsee.gov to discuss requirements for permitting the decommission of pipelines and to identify who may submit permit applications; and
- Office of Structural and Technical Support:  Contact Mr. Tommy Kapesis, Chief, at (504) 731-1493 or tommy.kapesis@bsee.gov to discuss requirements for permitting the removal of the remaining platforms and other facilities and to identify who may submit permit applications.

The entity identified through item No. 2 should submit the following, as applicable:

- An appropriate Application for Permit to Modify (APM) under 30 CFR 250.1712, to permanently abandon each well to the Houma District, 3866 Highway 56, Houma, Louisiana 70363. If they want to submit this application electronically, they may do so through the BSEE eWell Permitting and Reporting System (https://ewell.bsee.gov);
- An application for approval under 30 CFR 250.1727 to remove any platform or other facility to BSEE's Office of Structural and Technical Support, 1201 Elmwood Park Boulevard, GE 1023A, New Orleans, Louisiana 70123. If they want to submit this application electronically, they may do so through the BSEE Technical Information Management System (https://timsweb.bsee.gov); and
- An application for approval, under 30 CFR 250.1751 or 250.1752, to decommission any pipelines to BSEE's Pipeline Section, 1201 Elmwood Park Boulevard, GE 1034A, New Orleans, Louisiana 70123. If they want to submit this application electronically, they may do so through the BSEE Technical Information Management System (https://timsweb.bsee.gov).

Failure to comply with this order may result in further enforcement actions. You may appeal this order pursuant to 30 CFR part 290. If you elect to appeal under 30 CFR 290.4, a Notice of Appeal must be filed with this office and served on the Associate Solicitor, Division of Mineral Resources, within 60 days of receipt of this letter (see NTL No. 2009-N12). If you file an appeal, please send a courtesy copy of the Notice of Appeal via e-mail to the contact e-mail address provided below. During the 60-day appeal period, you may request informal resolution with the issuing officer's next level supervisor pursuant to 30 CFR 290.6. You may submit an informal resolution request through the BSEE Technical Information Management System (https://timsweb.bsee.gov). If you are adversely affected by the outcome of informal resolution, you will have 60 days from receipt of that decision to appeal pursuant to 30 CFR 290.4.

4

If you have any questions or concerns, you may contact Peter Vo at (504) 736-2838 or peter.vo@bsee.gov.

Sincerely,

OTHO BARNES
Digitally signed by OTHO BARNES
Date: 2024.07.08 09:11:18 -05'00'

Otho Barnes
Regional Supervisor
Regional Field Operation

2 Enclosures
 Accrued Decommissioning Obligations
 District Office Contacts

cc: Mr. Rodney Dykes/ Mr. Blake Cromartie
 EPL Oil & Gas, LLC
 1615 Poydras Street, Suite 830
 New Orleans, Louisiana  70112-1242
 rdykes@CoxCoil.com
 bcromartie@CoxCoil.com

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Lessee | All of Lease OCS 00385 | Platforms:<br>37 (CID No. 2107)<br>J (CID No. 2569)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>C (CID No. 20183)<br>CD (CID No. 20184)<br>CC (CID No. 20185)<br>23 (CID No. 20185)<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>004 (API No. 177190006100)[1]<br>010 (API No. 177190006700)[1]<br>032 (API No. 177194054500)[1]<br>B003 (API No. 177190008700)[1]<br>C002 (API No. 177190009200)[1]<br>C005 (API No. 177190009500)[1]<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br>F006 (API No. 177190012300)[1]<br>H002 (API No. 177190014000)[1]<br>H004 (API No. 177190014200)[1]<br><br>CC011 (API No. 177190006802)<br>CC013 (API No. 177190006902)<br>CC014 (API No. 177190007101)<br>CC015 (API No. 177190007201)<br>019 (API No. 177190007500)<br>A001 (API No. 177190007600)<br>A002 (API No. 177190007700)<br>A003 (API No. 177190007800)<br>A004 (API No. 177190007900)<br>A005 (API No. 177190008000)<br>A006 (API No. 177190008100)<br>A007 (API No. 177190008200)<br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B001 (API No. 177190008500)<br>B002 (API No. 177190008600)<br>B004 (API No. 177190008800) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | B005 (API No. 177190008900) |
| | | | B006 (API No. 177190009000) |
| | | | C001 (API No. 177190009101) |
| | | | C004 (API No. 177190009305) |
| | | | C006 (API No. 177190009602) |
| | | | C009 (API No. 177190009803) |
| | | | D001 (API No. 177190010001) |
| | | | D002 (API No. 177190010102) |
| | | | D003 (API No. 177190010203) |
| | | | D005 (API No. 177190010401) |
| | | | D006 (API No. 177190010501) |
| | | | E001 (API No. 177190010601) |
| | | | E002 (API No. 177190010700) |
| | | | E003 (API No. 177190010801) |
| | | | E005 (API No. 177190011000) |
| | | | E006 (API No. 177190011100) |
| | | | E007 (API No. 177190011200) |
| | | | E008 (API No. 177190011300) |
| | | | E010 (API No. 177190011500) |
| | | | E011 (API No. 177190011600) |
| | | | E012 (API No. 177190011700) |
| | | | F001 (API No. 177190011800) |
| | | | F002 (API No. 177190011900) |
| | | | F003 (API No. 177190012000) |
| | | | F004 (API No. 177190012100) |
| | | | F005 (API No. 177190012200) |
| | | | F007 (API No. 177190012400) |
| | | | F008 (API No. 177190012500) |
| | | | F009 (API No. 177190012600) |
| | | | F010 (API No. 177190012700) |
| | | | F013 (API No. 177190012801) |
| | | | F012 (API No. 177190012900) |
| | | | H001 (API No. 177190013901) |
| | | | H003 (API No. 177190014102) |
| | | | H005 (API No. 177190014301) |
| | | | 018 (API No. 177190065700) |
| | | | 021 (API No. 177190079400) |
| | | | 029 (API No. 177190110503) |
| | | | 033 (API No. 177190116901) |
| | | | 026 (API No. 177190128601) |
| | | | H006 (API No. 177194030400) |
| | | | E013 (API No. 177194030800) |
| | | | E014 (API No. 177194030900) |
| | | | 031 (API No. 177194035301) |
| | | | 034 (API No. 177194066700) |
| | | | C010 (API No. 177194067200) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | H007 (API No. 177194067803)<br>037 (API No. 177194084500)<br>J002 (API No. 177194087001)<br>J001 (API No. 177194087102)<br>J003 (API No. 177194087200)<br>J004 (API No. 177194087300)<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 331<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10077<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11785<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040<br>Segment No. 20626<br><br>Segment No. 301<br>Segment No. 302<br>Segment No. 9299<br>Segment No. 11810 |
| Anglo-Suisse Offshore Partners, LLC | Lessee | All of Lease OCS 00385 | Platforms:<br>37 (CID No. 2107)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>C (CID No. 20183)<br>CD (CID No. 20184)<br>CC (CID No. 20185) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | 23 (CID No. 20185)<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>004 (API No. 177190006100)[1]<br>010 (API No. 177190006700)[1]<br>032 (API No. 177194054500)[1]<br>B003 (API No. 177190008700)[1]<br>C002 (API No. 177190009200)[1]<br>C005 (API No. 177190009500)[1]<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br>F006 (API No. 177190012300)[1]<br>H002 (API No. 177190014000)[1]<br>H004 (API No. 177190014200)[1]<br><br>CC011 (API No. 177190006802)<br>CC013 (API No. 177190006902)<br>CC014 (API No. 177190007101)<br>CC015 (API No. 177190007201)<br>019 (API No. 177190007500)<br>A001 (API No. 177190007600)<br>A002 (API No. 177190007700)<br>A003 (API No. 177190007800)<br>A004 (API No. 177190007900)<br>A005 (API No. 177190008000)<br>A006 (API No. 177190008100)<br>A007 (API No. 177190008200)<br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B001 (API No. 177190008500)<br>B002 (API No. 177190008600)<br>B004 (API No. 177190008800)<br>B005 (API No. 177190008900)<br>B006 (API No. 177190009000)<br>C001 (API No. 177190009101)<br>D001 (API No. 177190010001)<br>D002 (API No. 177190010102)<br>D003 (API No. 177190010203)<br>D005 (API No. 177190010401)<br>D006 (API No. 177190010501) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | E001 (API No. 177190010601) |
| | | | E002 (API No. 177190010700) |
| | | | E003 (API No. 177190010801) |
| | | | E005 (API No. 177190011000) |
| | | | E006 (API No. 177190011100) |
| | | | E007 (API No. 177190011200) |
| | | | E008 (API No. 177190011300) |
| | | | E010 (API No. 177190011500) |
| | | | E011 (API No. 177190011600) |
| | | | E012 (API No. 177190011700) |
| | | | F001 (API No. 177190011800) |
| | | | F002 (API No. 177190011900) |
| | | | F003 (API No. 177190012000) |
| | | | F004 (API No. 177190012100) |
| | | | F005 (API No. 177190012200) |
| | | | F007 (API No. 177190012400) |
| | | | F008 (API No. 177190012500) |
| | | | F009 (API No. 177190012600) |
| | | | F010 (API No. 177190012700) |
| | | | F013 (API No. 177190012801) |
| | | | F012 (API No. 177190012900) |
| | | | 018 (API No. 177190065700) |
| | | | 021 (API No. 177190079400) |
| | | | 029 (API No. 177190110503) |
| | | | 033 (API No. 177190116901) |
| | | | 026 (API No. 177190128601) |
| | | | H006 (API No. 177194030400) |
| | | | E013 (API No. 177194030800) |
| | | | E014 (API No. 177194030900) |
| | | | 031 (API No. 177194035301) |
| | | | 034 (API No. 177194066700) |
| | | | C010 (API No. 177194067200) |
| | | | 037 (API No. 177194084500) |
| | | | |
| | | | D003 (API No. 177190010200) [2] |
| | | | D002 (API No. 177190010101) [2] |
| | | | D006 (API No. 177190010500) [2] |
| | | | C009 (API No. 177190009802) [2] |
| | | | C006 (API No. 177190009601) [2] |
| | | | H001 (API No. 177190013900) [2] |
| | | | H005 (API No. 177190014300) [2] |
| | | | H003 (API No. 177190014100) [2] |
| | | | C004 (API No. 177190009300) [2] |
| | | | H007 (API No. 177194067800) [2] |
| | | | |
| | | | Pipelines: |

10

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 331<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10077<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11785<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 17371<br><br>Segment No. 301<br>Segment No. 302<br>Segment No. 9299<br>Segment No. 11810 |
| Chevron U.S.A. Inc. | Lessee 03/24/2005 | All of Lease OCS 00385 | Platforms:<br>  B (CID No. 20108)<br>  D (CID No. 20182)<br>  C (CID No. 20183)<br>  CD (CID No. 20184)<br>  CC (CID No. 20185)<br>  23 (CID No. 20185)<br>  A (CID No. 21273)<br>  I-QRT (CID No. 21273)<br>  F (CID No. 21273)<br>  E (CID No. 21273)<br>  H (CID No. 21273)<br><br>Wells:<br>  004 (API No. 177190006100)[1]<br>  010 (API No. 177190006700)[1]<br>  032 (API No. 177194054500)[1]<br>  B003 (API No. 177190008700)[1]<br>  C002 (API No. 177190009200)[1] |

11

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | C005 (API No. 177190009500)[1] |
| | | | C007 (API No. 177190009700)[1] |
| | | | E004 (API No. 177190010900)[1] |
| | | | E009 (API No. 177190011400)[1] |
| | | | F006 (API No. 177190012300)[1] |
| | | | H002 (API No. 177190014000)[1] |
| | | | H004 (API No. 177190014200)[1] |
| | | | |
| | | | CC011 (API No. 177190006802) |
| | | | CC013 (API No. 177190006902) |
| | | | CC014 (API No. 177190007101) |
| | | | CC015 (API No. 177190007201) |
| | | | 019 (API No. 177190007500) |
| | | | A001 (API No. 177190007600) |
| | | | A002 (API No. 177190007700) |
| | | | A003 (API No. 177190007800) |
| | | | A004 (API No. 177190007900) |
| | | | A005 (API No. 177190008000) |
| | | | A006 (API No. 177190008100) |
| | | | A007 (API No. 177190008200) |
| | | | A008 (API No. 177190008300) |
| | | | A009 (API No. 177190008400) |
| | | | B001 (API No. 177190008500) |
| | | | B002 (API No. 177190008600) |
| | | | B004 (API No. 177190008800) |
| | | | B005 (API No. 177190008900) |
| | | | B006 (API No. 177190009000) |
| | | | C001 (API No. 177190009101) |
| | | | D001 (API No. 177190010001) |
| | | | D005 (API No. 177190010401) |
| | | | E001 (API No. 177190010601) |
| | | | E002 (API No. 177190010700) |
| | | | E003 (API No. 177190010801) |
| | | | E005 (API No. 177190011000) |
| | | | E006 (API No. 177190011100) |
| | | | E007 (API No. 177190011200) |
| | | | E008 (API No. 177190011300) |
| | | | E010 (API No. 177190011500) |
| | | | E011 (API No. 177190011600) |
| | | | E012 (API No. 177190011700) |
| | | | F001 (API No. 177190011800) |
| | | | F002 (API No. 177190011900) |
| | | | F003 (API No. 177190012000) |
| | | | F004 (API No. 177190012100) |
| | | | F005 (API No. 177190012200) |
| | | | F007 (API No. 177190012400) |

12

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | F008 (API No. 177190012500) |
| | | | F009 (API No. 177190012600) |
| | | | F010 (API No. 177190012700) |
| | | | F013 (API No. 177190012801) |
| | | | F012 (API No. 177190012900) |
| | | | 018 (API No. 177190065700) |
| | | | 021 (API No. 177190079400) |
| | | | 029 (API No. 177190110503) |
| | | | 033 (API No. 177190116901) |
| | | | 026 (API No. 177190128601) |
| | | | H006 (API No. 177194030400) |
| | | | E013 (API No. 177194030800) |
| | | | E014 (API No. 177194030900) |
| | | | 031 (API No. 177194035301) |
| | | | 034 (API No. 177194066700) |
| | | | C010 (API No. 177194067200) |
| | | | |
| | | | D003 (API No. 177190010200) [2] |
| | | | D002 (API No. 177190010101) [2] |
| | | | D006 (API No. 177190010500) [2] |
| | | | C009 (API No. 177190009802) [2] |
| | | | C006 (API No. 177190009601) [2] |
| | | | H001 (API No. 177190013900) [2] |
| | | | H005 (API No. 177190014300) [2] |
| | | | H003 (API No. 177190014100) [2] |
| | | | C004 (API No. 177190009300) [2] |
| | | | H007 (API No. 177194067800) [2] |
| | | | |
| | | | Pipelines: |
| | | | Segment No. 304 |
| | | | Segment No. 318 |
| | | | Segment No. 321 |
| | | | Segment No. 323 |
| | | | Segment No. 324 |
| | | | Segment No. 325 |
| | | | Segment No. 327 |
| | | | Segment No. 328 |
| | | | Segment No. 331 |
| | | | Segment No. 4552 |
| | | | Segment No. 4553 |
| | | | Segment No. 10077 |
| | | | Segment No. 10498 |
| | | | Segment No. 10499 |
| | | | Segment No. 10500 |
| | | | Segment No. 11714 |
| | | | Segment No. 11785 |

13

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br><br>Segment No. 301<br>Segment No. 302<br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 11,840' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. H-7 ST-2, API No. 177194067802S01.<br><br>(ALQT M ORLVL 1) | Platforms:<br>  A (CID No. 21273)<br>  I-QRT (CID No. 21273)<br>  F (CID No. 21273)<br>  E (CID No. 21273)<br>  H (CID No. 21273)<br><br>Wells:<br>  A001 (API No. 177190007600)<br>  B004 (API No. 177190008800)<br>  E003 (API No. 177190010801)<br>  E010 (API No. 177190011500)<br>  F007 (API No. 177190012400)<br><br>  D006 (API No. 177190015000) [2]<br><br>Pipelines:<br>  Segment No. 304<br>  Segment No. 318<br>  Segment No. 321<br>  Segment No. 323<br>  Segment No. 324<br>  Segment No. 327<br>  Segment No. 328<br>  Segment No. 4552<br>  Segment No. 4553<br>  Segment No. 10498<br>  Segment No. 10500<br>  Segment No. 11880<br>  Segment No. 13483<br>  Segment No. 17346<br>  Segment No. 17371<br>  Segment No. 19038<br>  Segment No. 19039<br>  Segment No. 19040 |

14

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 11,840' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. H-7 ST-2, API No. 177194067802S01<br><br>(ALQT M ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>A001 (API No. 177190007600)<br>B004 (API No. 177190008800)<br>E003 (API No. 177190010801)<br>E010 (API No. 177190011500)<br>F007 (API No. 177190012400)<br><br>D006 (API No. 177190015000) [2]<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11880<br><br>Segment No. 17346<br><br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040 |
| Chevron U.S.A. Inc. | Operating Rights Holder<br><br>01/31/2005 | SE1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 11,840' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. H-7 ST-2, API No. 177194067802S01 | Platforms:<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>A001 (API No. 177190007600)<br>B004 (API No. 177190008800) |

15

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | (ALQT M ORLVL 1) | E003 (API No. 177190010801)<br>E010 (API No. 177190011500)<br>F007 (API No. 177190012400)<br><br>D006 (API No. 177190015000) [2]<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11880<br><br>Segment No. 17346<br><br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SW1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,295' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-5 ST-1, API No. 177190010401S01.<br><br>(ALQT N ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br>H (CID No. 21273)<br>Wells:<br>H004 (API No. 177190014200)[1]<br><br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B005 (API No. 177190008900)<br>B006 (API No. 177190009000)<br>D005 (API No. 177190010401)<br>E001 (API No. 177190010601)<br>E003 (API No. 177190010801)<br>E005 (API No. 177190011000)<br>F002 (API No. 177190011900)<br>F005 (API No. 177190012200) |

16

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | F009 (API No. 177190012600) H003 (API No. 177190014102) H005 (API No. 177190014301) H006 (API No. 177194030400) H007 (API No. 177194067803)<br><br>Pipelines:<br> Segment No. 302<br> Segment No. 304<br> Segment No. 318<br> Segment No. 321<br> Segment No. 323<br> Segment No. 324<br> Segment No. 325<br> Segment No. 327<br> Segment No. 328<br> Segment No. 4552<br> Segment No. 4553<br> Segment No. 10498<br> Segment No. 10499<br> Segment No. 10500<br> Segment No. 11880<br> Segment No. 13483<br> Segment No. 17371<br> Segment No. 19038<br> Segment No. 301<br> Segment No. 9299<br> Segment No. 11810 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,295' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-5 ST-1, API No. 177190010401S01 | Platforms:<br> A (CID No. 21273)<br> B (CID No. 20108)<br> D (CID No. 20182)<br> E (CID No. 21273)<br> F (CID No. 21273)<br> H (CID No. 21273)<br><br>Wells:<br> H004 (API No. 177190014200)[1]<br><br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B005 (API No. 177190008900)<br>B006 (API No. 177190009000)<br>D005 (API No. 177190010401)<br>E001 (API No. 177190010601) |

17

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | E003 (API No. 177190010801)<br>E005 (API No. 177190011000)<br>F002 (API No. 177190011900)<br>F005 (API No. 177190012200)<br>F009 (API No. 177190012600)<br>H003 (API No. 177190014102)<br>H006 (API No. 177194030400)<br>H007 (API No. 177194067803)<br><br>H005 (API No. 177190014300) [2]<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,295' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-5 ST-1, API No. 177190010401S01 | Platforms:<br>A (CID No. 21273)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>H004 (API No. 177190014200)[1]<br><br>A008 (API No. 177190008300) |

18

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | A009 (API No. 177190008400)<br>B005 (API No. 177190008900)<br>B006 (API No. 177190009000)<br>D005 (API No. 177190010401)<br>E001 (API No. 177190010601)<br>E003 (API No. 177190010801)<br>E005 (API No. 177190011000)<br>F002 (API No. 177190011900)<br>F005 (API No. 177190012200)<br>F009 (API No. 177190012600)<br>H006 (API No. 177194030400)<br><br><br>H005 (API No. 177190014300) [2]<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br><br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the NW1/4NE1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 9,140' | Platforms:<br>A (CID No. 21273)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br><br>Wells:<br>A004 (API No. 177190007900)<br>D001 (API No. 177190010001) |

19

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-1 ST-1, API No. 177190010001S01. (ALQT H ORLVL 1) | D002 (API No. 177190010102) D006 (API No. 177190010501) F013 (API No. 177190012801) E013 (API No. 177194030800)  Pipelines: Segment No. 302 Segment No. 304 Segment No. 318 Segment No. 321 Segment No. 323 Segment No. 324 Segment No. 325 Segment No. 327 Segment No. 328 Segment No. 4552 Segment No. 4553 Segment No. 10498 Segment No. 10499 Segment No. 10500 Segment No. 11880 Segment No. 13483 Segment No. 17346 Segment No. 17371 Segment No. 19038 Segment No. 19039 Segment No. 19040 Segment No. 301 Segment No. 9299 Segment No. 11810 |
| W & T Offshore, Inc. | Operating Rights Holder | NW1/4NE1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 9,140' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-1 ST-1, API No. 177190010001S01:  (ALQT H ORLVL 1) | Platforms: A (CID No. 21273) D (CID No. 20182) E (CID No. 21273) F (CID No. 21273)  Wells: A004 (API No. 177190007900) D001 (API No. 177190010001) D002 (API No. 177190010102) D006 (API No. 177190010501) F013 (API No. 177190012801) E013 (API No. 177194030800)  Pipelines: |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 302 |
| | | | Segment No. 304 |
| | | | Segment No. 318 |
| | | | Segment No. 321 |
| | | | Segment No. 323 |
| | | | Segment No. 324 |
| | | | Segment No. 325 |
| | | | Segment No. 327 |
| | | | Segment No. 328 |
| | | | Segment No. 4552 |
| | | | Segment No. 4553 |
| | | | Segment No. 10498 |
| | | | Segment No. 10499 |
| | | | Segment No. 10500 |
| | | | Segment No. 11880 |
| | | | Segment No. 13483 |
| | | | Segment No. 17346 |
| | | | Segment No. 17371 |
| | | | Segment No. 19038 |
| | | | Segment No. 19039 |
| | | | Segment No. 19040 |
| | | | Segment No. 301 |
| | | | Segment No. 9299 |
| | | | Segment No. 11810 |
| Chevron U.S.A. Inc. | Operating Rights Holder | NW1/4NE1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 9,140' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-1 ST-1, API No. 177190010001S01:<br><br>(ALQT H ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br>Wells:<br>A004 (API No. 177190007900)<br>D001 (API No. 177190010001)<br>F013 (API No. 177190012801)<br>E013 (API No. 177194030800)<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328 |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 19038<br><br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the NE1/4NW1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 8,952' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-1 ST-1, API No. 177190009101S01.<br><br>(ALQT I ORLVL 1) | Platforms:<br>J (CID No. 2569)<br>C (CID No. 20183)<br>A (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br><br>A003 (API No. 177190007800)<br>C001 (API No. 177190009101)<br>C004 (API No. 177190009305)<br>C009 (API No. 177190009803)<br>E002 (API No. 177190010700)<br>E007 (API No. 177190011200)<br>F012 (API No. 177190012900)<br>H001 (API No. 177190013901)<br>J002 (API No. 177194087001)<br>J003 (API No. 177194087200)<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327 |

22

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 328 |
| | | | Segment No. 4552 |
| | | | Segment No. 4553 |
| | | | Segment No. 10498 |
| | | | Segment No. 10500 |
| | | | Segment No. 11714 |
| | | | Segment No. 11880 |
| | | | Segment No. 13483 |
| | | | Segment No. 17346 |
| | | | Segment No. 17371 |
| | | | Segment No. 19038 |
| | | | Segment No. 19039 |
| | | | Segment No. 19040 |
| | | | Segment No. 20626 |
| | | | |
| | | | Segment No. 9299 |
| | | | Segment No. 11810 |
| W & T Offshore, Inc. | Operating Rights Holder | NE1/4NW1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 8,952' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-1 ST-1, API No. 177190009101S01:<br><br>(ALQT I ORLVL 1) | Platforms:<br>J (CID No. 2569)<br>C (CID No. 20183)<br>A (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br><br>A003 (API No. 177190007800)<br>C001 (API No. 177190009101)<br>C004 (API No. 177190009305)<br>C009 (API No. 177190009803)<br>E002 (API No. 177190010700)<br>E007 (API No. 177190011200)<br>F012 (API No. 177190012900)<br><br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323 |

23

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040<br><br>Segment No. 9299<br>Segment No. 11810 |
| Chevron U.S.A. Inc. | Operating Rights Holder | NE1/4NW1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 8,952' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-1 ST-1, API No. 177190009101S01:<br><br>(ALQT I ORLVL 1) | Platforms:<br>  J (CID No. 2569)<br>  C (CID No. 20183)<br>  A (CID No. 21273)<br>  F (CID No. 21273)<br>  E (CID No. 21273)<br>  H (CID No. 21273)<br><br>Wells:<br>  C007 (API No. 177190009700)[1]<br>  E004 (API No. 177190010900)[1]<br>  E009 (API No. 177190011400)[1]<br><br>  A003 (API No. 177190007800)<br>  C001 (API No. 177190009101)<br>  E002 (API No. 177190010700)<br>  E007 (API No. 177190011200)<br>  F012 (API No. 177190012900)<br><br>Pipelines:<br>  Segment No. 304<br>  Segment No. 318<br>  Segment No. 321<br>  Segment No. 323<br>  Segment No. 324<br>  Segment No. 325 |

24

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br><br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SW1/4SE1/4NW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,163' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-4 ST-2, API No. 177190010302S01.<br><br>(ALQT J ORLVL 1) | Platforms:<br>　B (CID No. 20108)<br>　F (CID No. 21273)<br>　H (CID No. 21273)<br><br>Wells:<br>　B003 (API No. 177190008700)[1]<br>　H002 (API No. 177190014000)[1]<br><br>　F008 (API No. 177190012500)<br><br>Pipelines:<br>　Segment No. 318<br>　Segment No. 321<br>　Segment No. 4553<br>　Segment No. 10498<br>　Segment No. 10500<br>　Segment No. 13483<br>　Segment No. 17371<br>　Segment No. 17346 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4SE1/4NW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,163' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-4 ST-2, API No. 177190010302S01: | Platforms:<br>　B (CID No. 20108)<br>　F (CID No. 21273)<br>　H (CID No. 21273)<br><br>Wells:<br>　B003 (API No. 177190008700)[1]<br>　H002 (API No. 177190014000)[1]<br><br>　F008 (API No. 177190012500) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | (ALQT J ORLVL 1) | Pipelines:<br>Segment No. 318<br>Segment No. 321<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 13483<br>Segment No. 17371<br>Segment No. 17346 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4SE1/4NW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,163' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-4 ST-2, API No. 177190010302S01:<br><br>(ALQT J ORLVL 1) | Platforms:<br>B (CID No. 20108)<br>F (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>B003 (API No. 177190008700)[1]<br>H002 (API No. 177190014000)[1]<br><br>F008 (API No. 177190012500)<br><br>Pipelines:<br>Segment No. 318<br>Segment No. 321<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 13483<br>Segment No. 17371<br>Segment No. 17346 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01. | Platforms:<br>CD (CID No. 20184)<br>C (CID No. 20183)<br><br>Wells:<br>018 (API No. 177190065700)<br>021 (API No. 177190079400)<br>C010 (API No. 177194067200)<br><br>Pipelines:<br>Segment No. 327<br>Segment No. 328<br>Segment No. 331<br>Segment No. 4552<br>Segment No. 11714 |

26

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | (ALQT K ORLVL 1) | Segment No. 11880 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01:<br><br>(ALQT K ORLVL 1) | Platforms:<br>  CD (CID No. 20184)<br>  C (CID No. 20183)<br><br>Wells:<br>  018 (API No. 177190065700)<br>  021 (API No. 177190079400)<br>  C010 (API No. 177194067200)<br><br>Pipelines:<br>  Segment No. 327<br>  Segment No. 328<br>  Segment No. 331<br>  Segment No. 4552<br>  Segment No. 11714<br>  Segment No. 11880 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01:<br><br>(ALQT K ORLVL 1) | Platforms:<br>  CD (CID No. 20184)<br>  C (CID No. 20183)<br><br>Wells:<br>  018 (API No. 177190065700)<br>  021 (API No. 177190079400)<br>  C010 (API No. 177194067200)<br><br>Pipelines:<br>  Segment No. 327<br>  Segment No. 328<br>  Segment No. 331<br>  Segment No. 4552<br>  Segment No. 11714<br>  Segment No. 11880 |
| Anglo-Suisse Offshore Partners, LLC | Operating Rights Holder | SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01:<br><br>(ALQT K ORLVL 1) | Platforms:<br>  CD (CID No. 20184)<br>  C (CID No. 20183)<br><br>Wells:<br>  018 (API No. 177190065700)<br>  021 (API No. 177190079400)<br>  C010 (API No. 177194067200)<br><br>Pipelines:<br>  Segment No. 327<br>  Segment No. 328 |

27

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 331<br>Segment No. 4552<br>Segment No. 11714<br>Segment No. 11880 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SE1/4NW1/4SE1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 10,694' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. 14 ST-1, API No. 177190007101S01.<br><br>(ALQT L ORLVL 1) | Platforms:<br>  CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br> CC014 (API No. 177190007101)<br><br>Pipelines:<br>  Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4NW1/4SE1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 10,694' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. 14 ST-1, API No. 177190007101S01:<br><br>(ALQT L ORLVL 1) | Platforms:<br>  CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br> CC014 (API No. 177190007101)<br><br>Pipelines:<br>  Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4NW1/4SE1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 10,694' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. 14 ST-1, API No. 177190007101S01:<br><br>(ALQT L ORLVL 1) | Platforms:<br>  CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br> CC014 (API No. 177190007101)<br><br>Pipelines:<br>  Segment No. 6642 |

28

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4SW1/4SW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including 7881 feet TVD, such last-mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 #29 (ST-1).<br><br>(ALQT A ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including 7881 feet TVD, such last-mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 #29 (ST-1).<br><br>(ALQT A ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including 7881 feet TVD, such last-mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 #29 (ST-1).<br><br>(ALQT A ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |

29

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |
| Anglo-Suisse Offshore Partners, LLC | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  029 (API No. 177190110503)<br><br>Pipelines:<br>    Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SW1/4NW1/4SE1/4 of said West Delta Block 29 limited as to depth from the surface of the earth down to and including 8,770 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #15 (ST-1).<br><br>(ALQT B ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |

30

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of said West Delta Block 29 limited as to depth from the surface of the earth down to and including 8,770 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #15 (ST-1).<br><br>(ALQT B ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of said West Delta Block 29 limited as to depth from the surface of the earth down to and including 8,770 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #15 (ST-1).<br><br>(ALQT B ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SW1/4NW1/4SE1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights are limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,450' MD, which is 100' below the deepest depth drilled in the W&T Offshore, Inc. OCS 0385 No. CC-15 ST-1, API No. 177190007201S01<br><br>(ALQT D ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights are limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,450' MD, which is 100' below the deepest depth drilled in the W&T Offshore, Inc. OCS 0385 No. CC-15 ST-1, API No. 177190007201S01 | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | (ALQT D ORLVL 1) | |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights are limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,450' MD, which is 100' below the deepest depth drilled in the W&T Offshore, Inc. OCS 0385 No. CC-15 ST-1, API No. 177190007201S01<br><br>(ALQT D ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 11,798 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 CC-31 (ST-1)<br><br>(ALQT F ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  CC011 (API No. 177190006802)<br><br>Pipelines:<br>    Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 11,798 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 CC-31 (ST-1)<br><br>(ALQT F ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  CC011 (API No. 177190006802)<br><br>Pipelines:<br>    Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 11,798 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  CC011 (API No. 177190006802)<br><br>Pipelines:<br>    Segment No. 6642 |

32

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | Assignor's earning well, the OCS 0385 CC-31 (ST-1)<br><br>(ALQT F ORLVL 1) | |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 8,932 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #11 (ST-1)<br><br>(ALQT C ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  CC011 (API No. 177190006802)<br><br>Pipelines:<br>    Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 8,932 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #11 (ST-1)<br><br>(ALQT C ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>  CC011 (API No. 177190006802)<br><br>Pipelines:<br>    Segment No. 6642 |

*The information contained in this table is based on BSEE/BOEM internal databases. Recipients should ensure all obligations are accurately captured in this table and alert BSEE if they believe it contains incorrect or missing information.*

[1] *Please note that this well's status within the BSEE database is "PA"; however, based on BSEE records, additional decommissioning work is needed.*

[2] *Well D003 (API No. 177190010200) was originally spudded on October 24, 1956*

[2] Well D002 (API No. 177190010100) was originally spudded on July 10, 1956

[2] Well D006 (API No. 177190010500) was originally spudded on March 24, 1957

[2] Well C006 (API No. 177190009601) was originally spudded on April 27, 1998

[2] Well C008 (API 17719009800) originally spudded on December 30, 1957 was plugged back to drill C009 (API No. 177190009802) which was originally spudded on January 24, 1958

[2] *Well* H001 (API No. 177190013900) originally spudded on July 22, 1959

[2] *Well H005 (API No. 177190014300) originally spudded on March 9, 1960*

[2] *Well H003 (API No. 177190014100) originally spudded on December 22, 1959*

33

[2] *Well C004 (API No. 177190009300) originally spudded on April 26, 1956*

[2] *Well H007 (API No. 177194067800) originally spudded on August 18, 1999*

34

| Office | BSEE Representative | Office Number | Office Email Address |
|---|---|---|---|
| New Orleans District | Zach Pisciotta or David Trocquet | 504-734-6775 or 504-734-6750 | Zachary.Pisciotta@bsee.gov or David.Trocquet@bsee.gov |
| Houma District | Micah Charpentier or Amy Pellegrin | 985-853-5917 or 985-853-5921 | Micah.Charpentier@bsee.gov or Amy.Pellegrin@bsee.gov |
| Lafayette District | Mark Malbrue or Devon Manuel | 337-289-5116 or 337-289-5112 | Mark.Malbrue@bsee.gov or Devon.Manuel@bsee.gov |
| Lake Charles District | Kim Jackson or Beau Boudreaux | 337-437-4635 or 337-437-4605 | Kim.Jackson@bsee.gov or Beau.Boudreaux@bsee.gov |
| Lake Jackson District | Steve Martinez | 713-286-2308 | Stephen.Martinez@bsee.gov |