# Exhibit 5



# United States Department of the Interior

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply To:  GE 1023A                                                                October 3, 2024

Ms. Chris Reed
Anglo-Suisse Offshore Partners, LLC
919 Milam Street, Suite 2300
Houston, Texas 77002
713-358-9703
creed@camstex.com

Mr. Joe Gordon/Ms. Erin Englert
Chevron U.S.A. Inc.
100 Northpark Boulevard
Covington, Louisiana 70433
JoeGordon@chevron.com
erin.Englert@chevron.com

Ms. Valerie Land
W&T Offshore, Inc.
9 Greenway Plaza, Suite 300
Houston, Texas 77046
vland@wtoffshore.com

**Subject:**          **Amendment to Decommissioning Order for Lease OCS 00385**

Dear Mses. and Messrs.:

This letter amends the letter dated July 8, 2024, from the Bureau of Safety and Environmental Enforcement (BSEE) to all recipients regarding the decommissioning of Lease OCS 00385, West Delta Area Block 29 (WD 29) order. Upon verifying the data maintain by the Bureau of Ocean Energy Management (BOEM) and BSEE internal database, BSEE would like to amend the followings in the Accrued Decommissioning Obligations enclosure in the order:

- In the NE1/4NW1/4SW1/4 of WD 29 aliquot, Chevron U.S.A. Inc. (CUSA) is a prior operating rights holder till January 31, 2005, and W & T Offshore, Inc. (W & T) is a prior operating rights holder till March 24, 2017.  W & T therefore accrued decommissioning obligations for Wells H001 (API No. 177190013901; spudded on October 19, 2012), J002 (API No. 177194087001; spudded on April 13, 2014), and J003 (API No. 177194087200; spudded on July 26, 2014), and the wells associated infrastructure. CUSA does not accrued decommissioning obligations for Wells H001 (API No. 177190013901), J002 (API No. 177194087001), and J003 (API No. 177194087200) in this aliquot.
- In the SW1/4SE1/4NW1/4 aliquot, CUSA is a prior operating rights holder till January 31, 2005, and Pipeline Segment No. 17371 was installed on January 17, 2008, by Anglo-Suisse Offshore Partners, LLC. CUSA therefore does not accrued decommissioning obligations for Pipeline Segment No. 17371 in this aliquot.
- In the SE1/4SW1/4NW1/4 aliquot, CUSA is a prior operating rights holder till January 31, 2005, and Pipelines Segments Nos. 19038, 19039, and 19040 were installed on February 27, 2014, by EPL Oil & Gas, LLC. CUSA therefore does not accrued decommissioning obligations for Pipelines Segments Nos. 19038, 19039, and 19040, in this aliquot.

- In the NW1/4NE1/4SW1/4 aliquot, CUSA is a prior operating rights holder till January 31, 2005, and Pipeline Segments No. 19038 was installed on February 27, 2014, by EPL Oil & Gas, LLC. CUSA therefore does not accrued decommissioning obligations for Pipeline Segment No. 19038, in this aliquot.

BSEE hereby amends these portions of the order to provide the updated accrued decommissioning obligations for the above scope of interest documented in the corrected Accrued Decommissioning Obligations enclosure. All other aspects of the order remain as set forth in the July 8, 2024 correspondence, which is enclosed for your reference.

If you have any questions or concerns, you may contact Mr. Peter Vo at (504) 736-2838 or peter.vo@bsee.gov.

Sincerely,

FUNG
HASSENBOEHLER

Digitally signed by FUNG
HASSENBOEHLER
Date: 2024.10.03 15:29:12
-05'00'

For:    Otho Barnes
Regional Supervisor
Regional Field Operations

3 Enclosures
Accrued Decommissioning Obligations
WD 29 Lease 00385 Order To All RTI and ORI
WD 29 Lease 00385 - OR Assignment ALQT J ORLVL 1 - Chevron_W_T - 1.31.2005 - J1

cc:    Mr. Rodney Dykes/ Mr. Blake Cromartie
EPL Oil & Gas, LLC
1615 Poydras Street , Suite 830
New Orleans, Louisiana  70112-1242
rdykes@coxoil.com
bcromartie@coxoil.com

3

**Accrued Decommissioning Obligations**

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Lessee | All of Lease OCS 00385 | Platforms:<br>37 (CID No. 2107)<br>J (CID No. 2569)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>C (CID No. 20183)<br>CD (CID No. 20184)<br>CC (CID No. 20185)<br>23 (CID No. 20185)<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>004 (API No. 177190006100)[1]<br>010 (API No. 177190006700)[1]<br>032 (API No. 177194054500)[1]<br>B003 (API No. 177190008700)[1]<br>C002 (API No. 177190009200)[1]<br>C005 (API No. 177190009500)[1]<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br>F006 (API No. 177190012300)[1]<br>H002 (API No. 177190014000)[1]<br>H004 (API No. 177190014200)[1]<br><br>CC011 (API No. 177190006802)<br>CC013 (API No. 177190006902)<br>CC014 (API No. 177190007101)<br>CC015 (API No. 177190007201)<br>019 (API No. 177190007500)<br>A001 (API No. 177190007600)<br>A002 (API No. 177190007700)<br>A003 (API No. 177190007800)<br>A004 (API No. 177190007900)<br>A005 (API No. 177190008000)<br>A006 (API No. 177190008100)<br>A007 (API No. 177190008200)<br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400) |

4

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | B001 (API No. 177190008500) |
| | | | B002 (API No. 177190008600) |
| | | | B004 (API No. 177190008800) |
| | | | B005 (API No. 177190008900) |
| | | | B006 (API No. 177190009000) |
| | | | C001 (API No. 177190009101) |
| | | | C004 (API No. 177190009305) |
| | | | C006 (API No. 177190009602) |
| | | | C009 (API No. 177190009803) |
| | | | D001 (API No. 177190010001) |
| | | | D002 (API No. 177190010102) |
| | | | D003 (API No. 177190010203) |
| | | | D005 (API No. 177190010401) |
| | | | D006 (API No. 177190010501) |
| | | | E001 (API No. 177190010601) |
| | | | E002 (API No. 177190010700) |
| | | | E003 (API No. 177190010801) |
| | | | E005 (API No. 177190011000) |
| | | | E006 (API No. 177190011100) |
| | | | E007 (API No. 177190011200) |
| | | | E008 (API No. 177190011300) |
| | | | E010 (API No. 177190011500) |
| | | | E011 (API No. 177190011600) |
| | | | E012 (API No. 177190011700) |
| | | | F001 (API No. 177190011800) |
| | | | F002 (API No. 177190011900) |
| | | | F003 (API No. 177190012000) |
| | | | F004 (API No. 177190012100) |
| | | | F005 (API No. 177190012200) |
| | | | F007 (API No. 177190012400) |
| | | | F008 (API No. 177190012500) |
| | | | F009 (API No. 177190012600) |
| | | | F010 (API No. 177190012700) |
| | | | F013 (API No. 177190012801) |
| | | | F012 (API No. 177190012900) |
| | | | H001 (API No. 177190013901) |
| | | | H003 (API No. 177190014102) |
| | | | H005 (API No. 177190014301) |
| | | | 018 (API No. 177190065700) |
| | | | 021 (API No. 177190079400) |
| | | | 029 (API No. 177190110503) |
| | | | 033 (API No. 177190116901) |
| | | | 026 (API No. 177190128601) |
| | | | H006 (API No. 177194030400) |
| | | | E013 (API No. 177194030800) |
| | | | E014 (API No. 177194030900) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | 031 (API No. 177194035301) |
| | | | 034 (API No. 177194066700) |
| | | | C010 (API No. 177194067200) |
| | | | H007 (API No. 177194067803) |
| | | | 037 (API No. 177194084500) |
| | | | J002 (API No. 177194087001) |
| | | | J001 (API No. 177194087102) |
| | | | J003 (API No. 177194087200) |
| | | | J004 (API No. 177194087300) |
| | | | |
| | | | Pipelines: |
| | | | Segment No. 304 |
| | | | Segment No. 318 |
| | | | Segment No. 321 |
| | | | Segment No. 323 |
| | | | Segment No. 324 |
| | | | Segment No. 325 |
| | | | Segment No. 327 |
| | | | Segment No. 328 |
| | | | Segment No. 331 |
| | | | Segment No. 4552 |
| | | | Segment No. 4553 |
| | | | Segment No. 10077 |
| | | | Segment No. 10498 |
| | | | Segment No. 10499 |
| | | | Segment No. 10500 |
| | | | Segment No. 11714 |
| | | | Segment No. 11785 |
| | | | Segment No. 11880 |
| | | | Segment No. 13483 |
| | | | Segment No. 17346 |
| | | | Segment No. 17371 |
| | | | Segment No. 19038 |
| | | | Segment No. 19039 |
| | | | Segment No. 19040 |
| | | | Segment No. 20626 |
| | | | |
| | | | Segment No. 301 |
| | | | Segment No. 302 |
| | | | Segment No. 9299 |
| | | | Segment No. 11810 |

6

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| Anglo-Suisse Offshore Partners, LLC | Lessee | All of Lease OCS 00385 | Platforms:<br>37 (CID No. 2107)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>C (CID No. 20183)<br>CD (CID No. 20184)<br>CC (CID No. 20185)<br>23 (CID No. 20185)<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>004 (API No. 177190006100)[1]<br>010 (API No. 177190006700)[1]<br>032 (API No. 177194054500)[1]<br>B003 (API No. 177190008700)[1]<br>C002 (API No. 177190009200)[1]<br>C005 (API No. 177190009500)[1]<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br>F006 (API No. 177190012300)[1]<br>H002 (API No. 177190014000)[1]<br>H004 (API No. 177190014200)[1]<br><br>CC011 (API No. 177190006802)<br>CC013 (API No. 177190006902)<br>CC014 (API No. 177190007101)<br>CC015 (API No. 177190007201)<br>019 (API No. 177190007500)<br>A001 (API No. 177190007600)<br>A002 (API No. 177190007700)<br>A003 (API No. 177190007800)<br>A004 (API No. 177190007900)<br>A005 (API No. 177190008000)<br>A006 (API No. 177190008100)<br>A007 (API No. 177190008200)<br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B001 (API No. 177190008500)<br>B002 (API No. 177190008600)<br>B004 (API No. 177190008800)<br>B005 (API No. 177190008900) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | B006 (API No. 177190009000) |
| | | | C001 (API No. 177190009101) |
| | | | D001 (API No. 177190010001) |
| | | | D002 (API No. 177190010102) |
| | | | D003 (API No. 177190010203) |
| | | | D005 (API No. 177190010401) |
| | | | D006 (API No. 177190010501) |
| | | | E001 (API No. 177190010601) |
| | | | E002 (API No. 177190010700) |
| | | | E003 (API No. 177190010801) |
| | | | E005 (API No. 177190011000) |
| | | | E006 (API No. 177190011100) |
| | | | E007 (API No. 177190011200) |
| | | | E008 (API No. 177190011300) |
| | | | E010 (API No. 177190011500) |
| | | | E011 (API No. 177190011600) |
| | | | E012 (API No. 177190011700) |
| | | | F001 (API No. 177190011800) |
| | | | F002 (API No. 177190011900) |
| | | | F003 (API No. 177190012000) |
| | | | F004 (API No. 177190012100) |
| | | | F005 (API No. 177190012200) |
| | | | F007 (API No. 177190012400) |
| | | | F008 (API No. 177190012500) |
| | | | F009 (API No. 177190012600) |
| | | | F010 (API No. 177190012700) |
| | | | F013 (API No. 177190012801) |
| | | | F012 (API No. 177190012900) |
| | | | 018 (API No. 177190065700) |
| | | | 021 (API No. 177190079400) |
| | | | 029 (API No. 177190110503) |
| | | | 033 (API No. 177190116901) |
| | | | 026 (API No. 177190128601) |
| | | | H006 (API No. 177194030400) |
| | | | E013 (API No. 177194030800) |
| | | | E014 (API No. 177194030900) |
| | | | 031 (API No. 177194035301) |
| | | | 034 (API No. 177194066700) |
| | | | C010 (API No. 177194067200) |
| | | | 037 (API No. 177194084500) |
| | | | |
| | | | D003 (API No. 177190010200) [2] |
| | | | D002 (API No. 177190010101) [2] |
| | | | D006 (API No. 177190015000) [2] |
| | | | C009 (API No. 177190009802) [2] |
| | | | C006 (API No. 177190009601) [2] |

8

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | H001 (API No. 177190013900) [2] <br> H005 (API No. 177190014300) [2] <br> H003 (API No. 177190014100) [2] <br> C004 (API No. 177190009300) [2] <br> H007 (API No. 177194067800) [2] <br><br> Pipelines: <br> Segment No. 304 <br> Segment No. 318 <br> Segment No. 321 <br> Segment No. 323 <br> Segment No. 324 <br> Segment No. 325 <br> Segment No. 327 <br> Segment No. 328 <br> Segment No. 331 <br> Segment No. 4552 <br> Segment No. 4553 <br> Segment No. 10077 <br> Segment No. 10498 <br> Segment No. 10499 <br> Segment No. 10500 <br> Segment No. 11714 <br> Segment No. 11785 <br> Segment No. 11880 <br> Segment No. 13483 <br> Segment No. 17346 <br> Segment No. 17371 <br><br> Segment No. 301 <br> Segment No. 302 <br> Segment No. 9299 <br> Segment No. 11810 |
| Chevron U.S.A. Inc. | Lessee 03/24/2005 | All of Lease OCS 00385 | Platforms: <br> B (CID No. 20108) <br> D (CID No. 20182) <br> C (CID No. 20183) <br> CD (CID No. 20184) <br> CC (CID No. 20185) <br> 23 (CID No. 20185) <br> A (CID No. 21273) <br> I-QRT (CID No. 21273) <br> F (CID No. 21273) <br> E (CID No. 21273) <br> H (CID No. 21273) |

9

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---------|---------------|-------------------|-------------------------------------|
|         |               |                   | Wells:<br> 004 (API No. 177190006100)[1]<br> 010 (API No. 177190006700)[1]<br> 032 (API No. 177194054500)[1]<br> B003 (API No. 177190008700)[1]<br> C002 (API No. 177190009200)[1]<br> C005 (API No. 177190009500)[1]<br> C007 (API No. 177190009700)[1]<br> E004 (API No. 177190010900)[1]<br> E009 (API No. 177190011400)[1]<br> F006 (API No. 177190012300)[1]<br> H002 (API No. 177190014000)[1]<br> H004 (API No. 177190014200)[1]<br><br>CC011 (API No. 177190006802)<br>CC013 (API No. 177190006902)<br>CC014 (API No. 177190007101)<br>CC015 (API No. 177190007201)<br> 019 (API No. 177190007500)<br> A001 (API No. 177190007600)<br> A002 (API No. 177190007700)<br> A003 (API No. 177190007800)<br> A004 (API No. 177190007900)<br> A005 (API No. 177190008000)<br> A006 (API No. 177190008100)<br> A007 (API No. 177190008200)<br> A008 (API No. 177190008300)<br> A009 (API No. 177190008400)<br> B001 (API No. 177190008500)<br> B002 (API No. 177190008600)<br> B004 (API No. 177190008800)<br> B005 (API No. 177190008900)<br> B006 (API No. 177190009000)<br> C001 (API No. 177190009101)<br> D001 (API No. 177190010001)<br> D005 (API No. 177190010401)<br> E001 (API No. 177190010601)<br> E002 (API No. 177190010700)<br> E003 (API No. 177190010801)<br> E005 (API No. 177190011000)<br> E006 (API No. 177190011100)<br> E007 (API No. 177190011200)<br> E008 (API No. 177190011300)<br> E010 (API No. 177190011500)<br> E011 (API No. 177190011600)<br> E012 (API No. 177190011700) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | F001 (API No. 177190011800) |
| | | | F002 (API No. 177190011900) |
| | | | F003 (API No. 177190012000) |
| | | | F004 (API No. 177190012100) |
| | | | F005 (API No. 177190012200) |
| | | | F007 (API No. 177190012400) |
| | | | F008 (API No. 177190012500) |
| | | | F009 (API No. 177190012600) |
| | | | F010 (API No. 177190012700) |
| | | | F013 (API No. 177190012801) |
| | | | F012 (API No. 177190012900) |
| | | | 018 (API No. 177190065700) |
| | | | 021 (API No. 177190079400) |
| | | | 029 (API No. 177190110503) |
| | | | 033 (API No. 177190116901) |
| | | | 026 (API No. 177190128601) |
| | | | H006 (API No. 177194030400) |
| | | | E013 (API No. 177194030800) |
| | | | E014 (API No. 177194030900) |
| | | | 031 (API No. 177194035301) |
| | | | 034 (API No. 177194066700) |
| | | | C010 (API No. 177194067200) |
| | | | |
| | | | D003 (API No. 177190010200) [2] |
| | | | D002 (API No. 177190010101) [2] |
| | | | D006 (API No. 177190010500) [2] |
| | | | C009 (API No. 177190009802) [2] |
| | | | C006 (API No. 177190009601) [2] |
| | | | H001 (API No. 177190013900) [2] |
| | | | H005 (API No. 177190014300) [2] |
| | | | H003 (API No. 177190014100) [2] |
| | | | C004 (API No. 177190009300) [2] |
| | | | H007 (API No. 177194067800) [2] |
| | | | |
| | | | Pipelines: |
| | | | Segment No. 304 |
| | | | Segment No. 318 |
| | | | Segment No. 321 |
| | | | Segment No. 323 |
| | | | Segment No. 324 |
| | | | Segment No. 325 |
| | | | Segment No. 327 |
| | | | Segment No. 328 |
| | | | Segment No. 331 |
| | | | Segment No. 4552 |
| | | | Segment No. 4553 |

11

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 10077<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11785<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br><br>Segment No. 301<br>Segment No. 302<br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 11,840' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. H-7 ST-2, API No. 177194067802S01.<br><br>(ALQT M ORLVL 1) | Platforms:<br>  A (CID No. 21273)<br>  I-QRT (CID No. 21273)<br>  F (CID No. 21273)<br>  E (CID No. 21273)<br>  H (CID No. 21273)<br><br>Wells:<br>  A001 (API No. 177190007600)<br>  B004 (API No. 177190008800)<br>  E003 (API No. 177190010801)<br>  E010 (API No. 177190011500)<br>  F007 (API No. 177190012400)<br><br>  D006 (API No. 177190015000) [2]<br><br>Pipelines:<br>  Segment No. 304<br>  Segment No. 318<br>  Segment No. 321<br>  Segment No. 323<br>  Segment No. 324<br>  Segment No. 327<br>  Segment No. 328<br>  Segment No. 4552<br>  Segment No. 4553<br>  Segment No. 10498<br>  Segment No. 10500<br>  Segment No. 11880<br>  Segment No. 13483<br>  Segment No. 17346 |

12

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 17371<br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 11,840' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. H-7 ST-2, API No. 17719406780 2S01<br><br>(ALQT M ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>A001 (API No. 177190007600)<br>B004 (API No. 177190008800)<br>E003 (API No. 177190010801)<br>E010 (API No. 177190011500)<br>F007 (API No. 177190012400)<br><br>D006 (API No. 177190015000) [2]<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11880<br><br>Segment No. 17346<br><br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040 |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| Chevron U.S.A. Inc. | Operating Rights Holder<br><br>01/31/2005 | SE1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 11,840' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. H-7 ST-2, API No. 177194067802S01<br><br>(ALQT M ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>I-QRT (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>A001 (API No. 177190007600)<br>B004 (API No. 177190008800)<br>E003 (API No. 177190010801)<br>E010 (API No. 177190011500)<br>F007 (API No. 177190012400)<br><br>D006 (API No. 177190015000) [2]<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11880<br><br>Segment No. 17346 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SW1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,295' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-5 ST-1, API No. 177190010401S01.<br><br>(ALQT N ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br>H (CID No. 21273)<br>Wells:<br>H004 (API No. 177190014200)[1]<br><br>A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B005 (API No. 177190008900) |

14

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | B006 (API No. 177190009000)<br>D005 (API No. 177190010401)<br>E001 (API No. 177190010601)<br>E003 (API No. 177190010801)<br>E005 (API No. 177190011000)<br>F002 (API No. 177190011900)<br>F005 (API No. 177190012200)<br>F009 (API No. 177190012600)<br>H003 (API No. 177190014102)<br>H005 (API No. 177190014301)<br>H006 (API No. 177194030400)<br>H007 (API No. 177194067803)<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,295' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-5 ST-1, API No. 177190010401S01 | Platforms:<br>A (CID No. 21273)<br>B (CID No. 20108)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>H004 (API No. 177190014200)[1] |

15

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | A008 (API No. 177190008300)<br>A009 (API No. 177190008400)<br>B005 (API No. 177190008900)<br>B006 (API No. 177190009000)<br>D005 (API No. 177190010401)<br>E001 (API No. 177190010601)<br>E003 (API No. 177190010801)<br>E005 (API No. 177190011000)<br>F002 (API No. 177190011900)<br>F005 (API No. 177190012200)<br>F009 (API No. 177190012600)<br>H003 (API No. 177190014102)<br>H006 (API No. 177194030400)<br>H007 (API No. 177194067803)<br><br>H005 (API No. 177190014300) [2]<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |

16

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4SW1/4NW1/4 of Block 29, West Delta Area, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,295' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-5 ST-1, API No. 177190010401S01 | Platforms:<br>　A (CID No. 21273)<br>　B (CID No. 20108)<br>　D (CID No. 20182)<br>　E (CID No. 21273)<br>　F (CID No. 21273)<br>　H (CID No. 21273)<br><br>Wells:<br>　H004 (API No. 177190014200)[1]<br><br>　A008 (API No. 177190008300)<br>　A009 (API No. 177190008400)<br>　B005 (API No. 177190008900)<br>　B006 (API No. 177190009000)<br>　D005 (API No. 177190010401)<br>　E001 (API No. 177190010601)<br>　E003 (API No. 177190010801)<br>　E005 (API No. 177190011000)<br>　F002 (API No. 177190011900)<br>　F005 (API No. 177190012200)<br>　F009 (API No. 177190012600)<br>　H006 (API No. 177194030400)<br><br>　H005 (API No. 177190014300) [2]<br><br>Pipelines:<br>　Segment No. 302<br>　Segment No. 304<br>　Segment No. 318<br>　Segment No. 321<br>　Segment No. 323<br>　Segment No. 324<br>　Segment No. 325<br>　Segment No. 327<br>　Segment No. 328<br>　Segment No. 4552<br>　Segment No. 4553<br>　Segment No. 10498<br>　Segment No. 10499<br>　Segment No. 10500<br>　Segment No. 11880<br>　Segment No. 13483 |

17

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SE1/4SW1/4NE1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,772' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-3 ST-1, API No. 177190010201S01.<br><br>(ALQT E ORLVL 1) | Wells:<br>026 (API No. 177190128601) |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4NE1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,772' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-3 ST-1, API No. 177190010201S01.<br><br>(ALQT E ORLVL 1) | Wells:<br>026 (API No. 177190128601) |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4SW1/4NE1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,772' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-3 ST-1, API No. 177190010201S01.<br><br>(ALQT E ORLVL 1) | Wells:<br>026 (API No. 177190128601) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the NW1/4NE1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 9,140' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-1 ST-1, API No. 177190010001S01. (ALQT H ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br><br>Wells:<br>A004 (API No. 177190007900)<br>D001 (API No. 177190010001)<br>D002 (API No. 177190010102)<br>D006 (API No. 177190010501)<br>F013 (API No. 177190012801)<br>E013 (API No. 177194030800)<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040<br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| W & T Offshore, Inc. | Operating Rights Holder | NW1/4NE1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 9,140' MD which is 100' below the | Platforms:<br>A (CID No. 21273)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273) |

19

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-1 ST-1, API No. 177190010001S01:<br><br>(ALQT H ORLVL 1) | Wells:<br>A004 (API No. 177190007900)<br>D001 (API No. 177190010001)<br>D002 (API No. 177190010102)<br>D006 (API No. 177190010501)<br>F013 (API No. 177190012801)<br>E013 (API No. 177194030800)<br><br>Pipelines:<br>Segment No. 302<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10499<br>Segment No. 10500<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040<br>Segment No. 301<br>Segment No. 9299<br>Segment No. 11810 |
| Chevron U.S.A. Inc. | Operating Rights Holder | NW1/4NE1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 9,140' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-1 ST-1, API No. 177190010001S01:<br><br>(ALQT H ORLVL 1) | Platforms:<br>A (CID No. 21273)<br>D (CID No. 20182)<br>E (CID No. 21273)<br>F (CID No. 21273)<br>Wells:<br>A004 (API No. 177190007900)<br>D001 (API No. 177190010001)<br>F013 (API No. 177190012801)<br>E013 (API No. 177194030800) |

20

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Pipelines: |
| | | | Segment No. 302 |
| | | | Segment No. 304 |
| | | | Segment No. 318 |
| | | | Segment No. 321 |
| | | | Segment No. 323 |
| | | | Segment No. 324 |
| | | | Segment No. 325 |
| | | | Segment No. 327 |
| | | | Segment No. 328 |
| | | | Segment No. 4552 |
| | | | Segment No. 4553 |
| | | | Segment No. 10498 |
| | | | Segment No. 10499 |
| | | | Segment No. 10500 |
| | | | Segment No. 11880 |
| | | | Segment No. 13483 |
| | | | Segment No. 17346 |
| | | | |
| | | | Segment No. 301 |
| | | | Segment No. 9299 |
| | | | Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the NE1/4NW1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 8,952' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-1 ST-1, API No. 177190009101S01. (ALQT I ORLVL 1) | Platforms: J (CID No. 2569) C (CID No. 20183) A (CID No. 21273) F (CID No. 21273) E (CID No. 21273) H (CID No. 21273) Wells: C007 (API No. 177190009700)[1] E004 (API No. 177190010900)[1] E009 (API No. 177190011400)[1] A003 (API No. 177190007800) C001 (API No. 177190009101) C004 (API No. 177190009305) C009 (API No. 177190009803) E002 (API No. 177190010700) E007 (API No. 177190011200) F012 (API No. 177190012900) H001 (API No. 177190013901) |

21

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | J002 (API No. 177194087001)<br>J003 (API No. 177194087200)<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br>Segment No. 17371<br>Segment No. 19038<br>Segment No. 19039<br>Segment No. 19040<br>Segment No. 20626<br><br>Segment No. 9299<br>Segment No. 11810 |
| W & T Offshore, Inc. | Operating Rights Holder | NE1/4NW1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 8,952' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-1 ST-1, API No. 177190009101S01:<br><br>(ALQT I ORLVL 1) | Platforms:<br>J (CID No. 2569)<br>C (CID No. 20183)<br>A (CID No. 21273)<br>F (CID No. 21273)<br>E (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>C007 (API No. 177190009700)[1]<br>E004 (API No. 177190010900)[1]<br>E009 (API No. 177190011400)[1]<br><br>A003 (API No. 177190007800)<br>C001 (API No. 177190009101)<br>C004 (API No. 177190009305) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | C009 (API No. 177190009803) E002 (API No. 177190010700) E007 (API No. 177190011200) F012 (API No. 177190012900) H001 (API No. 177190013901) J002 (API No. 177194087001) J003 (API No. 177194087200) Pipelines: Segment No. 304 Segment No. 318 Segment No. 321 Segment No. 323 Segment No. 324 Segment No. 325 Segment No. 327 Segment No. 328 Segment No. 4552 Segment No. 4553 Segment No. 10498 Segment No. 10500 Segment No. 11714 Segment No. 11880 Segment No. 13483 Segment No. 17346 Segment No. 17371 Segment No. 19038 Segment No. 19039 Segment No. 19040 Segment No. 9299 Segment No. 11810 |
| Chevron U.S.A. Inc. | Operating Rights Holder | NE1/4NW1/4SW1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 8,952' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-1 ST-1, API No. 177190009101S01: (ALQT I ORLVL 1) | Platforms: C (CID No. 20183) A (CID No. 21273) F (CID No. 21273) E (CID No. 21273) Wells: C007 (API No. 177190009700)[1] E004 (API No. 177190010900)[1] E009 (API No. 177190011400)[1] |

23

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | A003 (API No. 177190007800)<br>C001 (API No. 177190009101)<br>E002 (API No. 177190010700)<br>E007 (API No. 177190011200)<br>F012 (API No. 177190012900)<br><br>Pipelines:<br>Segment No. 304<br>Segment No. 318<br>Segment No. 321<br>Segment No. 323<br>Segment No. 324<br>Segment No. 325<br>Segment No. 327<br>Segment No. 328<br>Segment No. 4552<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 11714<br>Segment No. 11880<br>Segment No. 13483<br>Segment No. 17346<br><br>Segment No. 9299<br>Segment No. 11810 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SW1/4SE1/4NW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,163' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-4 ST-2, API No. 177190010302S01.<br><br>(ALQT J ORLVL 1) | Platforms:<br>B (CID No. 20108)<br>F (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>B003 (API No. 177190008700)[1]<br>H002 (API No. 177190014000)[1]<br><br>F008 (API No. 177190012500)<br><br>Pipelines:<br>Segment No. 318<br>Segment No. 321<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 13483 |

24

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 17371<br>Segment No. 17346 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4SE1/4NW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,163' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-4 ST-2, API No. 177190010302S01:<br><br>(ALQT J ORLVL 1) | Platforms:<br>B (CID No. 20108)<br>F (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>B003 (API No. 177190008700)[1]<br>H002 (API No. 177190014000)[1]<br><br>F008 (API No. 177190012500)<br><br>Pipelines:<br>Segment No. 318<br>Segment No. 321<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 13483<br>Segment No. 17371<br>Segment No. 17346 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4SE1/4NW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,163' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. D-4 ST-2, API No. 177190010302S01:<br><br>(ALQT J ORLVL 1) | Platforms:<br>B (CID No. 20108)<br>F (CID No. 21273)<br>H (CID No. 21273)<br><br>Wells:<br>B003 (API No. 177190008700)[1]<br>H002 (API No. 177190014000)[1]<br><br>F008 (API No. 177190012500)<br><br>Pipelines:<br>Segment No. 318<br>Segment No. 321<br>Segment No. 4553<br>Segment No. 10498<br>Segment No. 10500<br>Segment No. 13483<br><br>Segment No. 17346 |

25

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01.<br><br>(ALQT K ORLVL 1) | Platforms:<br>　CD (CID No. 20184)<br>　C (CID No. 20183)<br><br>Wells:<br>　018 (API No. 177190065700)<br>　021 (API No. 177190079400)<br>　C010 (API No. 177194067200)<br><br>Pipelines:<br>　Segment No. 327<br>　Segment No. 328<br>　Segment No. 331<br>　Segment No. 4552<br>　Segment No. 11714<br>　Segment No. 11880 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01:<br><br>(ALQT K ORLVL 1) | Platforms:<br>　CD (CID No. 20184)<br>　C (CID No. 20183)<br><br>Wells:<br>　018 (API No. 177190065700)<br>　021 (API No. 177190079400)<br>　C010 (API No. 177194067200)<br><br>Pipelines:<br>　Segment No. 327<br>　Segment No. 328<br>　Segment No. 331<br>　Segment No. 4552<br>　Segment No. 11714<br>　Segment No. 11880 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01:<br><br>(ALQT K ORLVL 1) | Platforms:<br>　CD (CID No. 20184)<br>　C (CID No. 20183)<br><br>Wells:<br>　018 (API No. 177190065700)<br>　021 (API No. 177190079400)<br>　C010 (API No. 177194067200)<br><br>Pipelines:<br>　Segment No. 327<br>　Segment No. 328<br>　Segment No. 331 |

26

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | | Segment No. 4552<br>Segment No. 11714<br>Segment No. 11880 |
| Anglo-Suisse Offshore Partners, LLC | Operating Rights Holder | SW1/4NW1/4SW1/4 of West Delta Block 29, limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 10,650' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. C-10, API No. 177194067200S01:<br><br>(ALQT K ORLVL 1) | Platforms:<br>  CD (CID No. 20184)<br>  C (CID No. 20183)<br><br>Wells:<br> 018 (API No. 177190065700)<br> 021 (API No. 177190079400)<br> C010 (API No. 177194067200)<br><br>Pipelines:<br>  Segment No. 327<br>  Segment No. 328<br>  Segment No. 331<br>  Segment No. 4552<br>  Segment No. 11714<br>  Segment No. 11880 |
| EPL Oil & Gas, LLC | Operating Rights Holder | All of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights cover and affect the SE1/4NW1/4SE1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 10,694' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. 14 ST-1, API No. 177190007101S01.<br><br>(ALQT L ORLVL 1) | Platforms:<br>  CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br> CC014 (API No. 177190007101)<br><br>Pipelines:<br>  Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4NW1/4SE1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 10,694' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. 14 ST-1, API No. 177190007101S01: | Platforms:<br>  CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br> CC014 (API No. 177190007101)<br><br>Pipelines:<br>  Segment No. 6642 |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | (ALQT L ORLVL 1) | |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4NW1/4SE1/4 of said West Delta Block 29, limited as to depth from the surface of the earth down to and including the stratigraphic equivalent of 10,694' MD which is 100' below the deepest depth drilled in Assignee's earning well, the W & T Offshore, Inc. OCS 0385 No. 14 ST-1, API No. 177190007101S01:<br><br>(ALQT L ORLVL 1) | Platforms:<br> CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br> CC014 (API No. 177190007101)<br><br>Pipelines:<br> Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4SW1/4SW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including 7881 feet TVD, such last-mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 #29 (ST-1).<br><br>(ALQT A ORLVL 1) | Platforms:<br> CC (CID No. 20185)<br>Wells:<br> 029 (API No. 177190110503)<br><br>Pipelines:<br> Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including 7881 feet TVD, such last-mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 #29 (ST-1).<br><br>(ALQT A ORLVL 1) | Platforms:<br> CC (CID No. 20185)<br>Wells:<br> 029 (API No. 177190110503)<br><br>Pipelines:<br> Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of said West Delta Block 29, limited as to depths from the surface of the earth down to and including 7881 feet TVD, such last-mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 #29 (ST-1).<br><br>(ALQT A ORLVL 1) | Platforms:<br> CC (CID No. 20185)<br>Wells:<br> 029 (API No. 177190110503)<br><br>Pipelines:<br> Segment No. 6642 |

28

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>    029 (API No. 177190110503)<br><br>Pipelines:<br>        Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>    029 (API No. 177190110503)<br><br>Pipelines:<br>        Segment No. 6642 |
| Anglo-Suisse Offshore Partners, LLC | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01.<br><br>(ALQT G ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>    029 (API No. 177190110503)<br><br>Pipelines:<br>        Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4SW1/4SW1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR AS to depth from the surface of the earth down to and including 8,216' MD, which is 100' below the deepest depth drilled in ASSIGNOR'S earning well, the W & T Offshore, Inc. OCS 0385 No. CC-29 ST-3, API No. 177190110503S01. | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br>    029 (API No. 177190110503)<br><br>Pipelines:<br>        Segment No. 6642 |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| EPL Oil & Gas, LLC | Operating Rights Holder | (ALQT G ORLVL 1) SW1/4NW1/4SE1/4 of said West Delta Block 29 limited as to depth from the surface of the earth down to and including 8,770 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #15 (ST-1). (ALQT B ORLVL 1) | Platforms: CC (CID No. 20185) Wells: CC015 (API No. 177190007201) Pipelines: Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of said West Delta Block 29 limited as to depth from the surface of the earth down to and including 8,770 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #15 (ST-1). (ALQT B ORLVL 1) | Platforms: CC (CID No. 20185) Wells: CC015 (API No. 177190007201) Pipelines: Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of said West Delta Block 29 limited as to depth from the surface of the earth down to and including 8,770 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #15 (ST-1). (ALQT B ORLVL 1) | Platforms: CC (CID No. 20185) Wells: CC015 (API No. 177190007201) Pipelines: Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SW1/4NW1/4SE1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights are limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,450' MD, which is 100' below the deepest depth drilled in the W&T Offshore, Inc. OCS 0385 No. CC-15 ST-1, API No. 177190007201S01 (ALQT D ORLVL 1) | Platforms: CC (CID No. 20185) Wells: CC015 (API No. 177190007201) Pipelines: Segment No. 6642 |

30

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| W & T Offshore, Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights are limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,450' MD, which is 100' below the deepest depth drilled in the W&T Offshore, Inc. OCS 0385 No. CC-15 ST-1, API No. 177190007201S01<br><br>(ALQT D ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SW1/4NW1/4SE1/4 of Block 29, West Delta Area, INSOFAR AND ONLY INSOFAR as said operating rights are limited as to depths from the surface of the earth down to and including the stratigraphic equivalent of 9,450' MD, which is 100' below the deepest depth drilled in the W&T Offshore, Inc. OCS 0385 No. CC-15 ST-1, API No. 177190007201S01<br><br>(ALQT D ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC015 (API No. 177190007201)<br><br>Pipelines:<br>    Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 11,798 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 CC-31 (ST-1)<br><br>(ALQT F ORLVL 1) | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br><br>Pipelines:<br>    Segment No. 6642 |
| W & T Offshore, Inc. | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including | Platforms:<br>    CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802) |

| Company | Interest Type | Scope of Interest | Accrued Decommissioning Obligations |
|---|---|---|---|
| | | 11,798 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 CC-31 (ST-1)<br><br>(ALQT F ORLVL 1) | Pipelines:<br>   Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 11,798 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignor's earning well, the OCS 0385 CC-31 (ST-1)<br><br>(ALQT F ORLVL 1) | Platforms:<br>   CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br><br>Pipelines:<br>   Segment No. 6642 |
| EPL Oil & Gas, LLC | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 8,932 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #11 (ST-1)<br><br>(ALQT C ORLVL 1) | Platforms:<br>   CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br><br>Pipelines:<br>   Segment No. 6642 |
| Chevron U.S.A. Inc. | Operating Rights Holder | SE1/4NE1/4SW1/4 of said West Delta Block 29 limited as to depths from the surface of the earth down to and including 8,932 feet TVD, such last mentioned depth being 100 feet below the deepest depth drilled in Assignee's earning well, the OCS 0385 #11 (ST-1)<br><br>(ALQT C ORLVL 1) | Platforms:<br>   CC (CID No. 20185)<br>Wells:<br> CC011 (API No. 177190006802)<br><br>Pipelines:<br>   Segment No. 6642 |

*The information contained in this table is based on BSEE/BOEM internal databases. Recipients should ensure all obligations are accurately captured in this table and alert BSEE if they believe it contains incorrect or missing information.*